

Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

1333A NORTH AVE., STE. 762
NEW ROCHELLE, NY 10804
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

November 5, 2021

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-9-21

Re:   *FNTV LLC v. Home Box Office, Inc.*, 1:21-cv-06715 (LAK)

Dear Judge Kaplan:

We represent Plaintiff FNTV LLC ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal by such time.

Plaintiff also requests that the Court adjourn all dates, until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendant Home Box Office, Inc. consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/9/21

Liebowitz Law Firm, PLLC